1  **DALE A. BLICKENSTAFF - #40681**
   Attorney at Law
2  5151 North Palm Avenue, Suite 10
   Fresno, California 93704
3  (559) 227-1515 Telephone
   (559) 221-6557 Facsimile

5  Attorney for Defendant, PHOUNGEUN NICK KEOMANISAI

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

* * *

| UNITED STATES OF AMERICA, | ) | **Case No. 1:06-cr-00313 LJO** |
|---|---|---|
| Plaintiff, | ) | **STIPULATION RE DEFENDANT'S TEMPORARY ABSENCE FROM THE EASTERN FEDERAL DISTRICT OF CALIFORNIA** |
| v. | ) | |
| PHOUNGEUN NICK KEOMANISAI, | ) | |
| Defendant. | ) | **Judge: Hon. Lawrence J. O'Neill** |
| _____ | ) | |

IT IS HEREBY STIPULATED that Phoungeun Nick Keomanisai, the defendant in the above entitled action, be allowed to attend a wedding for a close family member in Cambodia, near Phnom Phen.

Mr. Keomanisai will depart the Eastern Federal District of California on March 13, 2007 and return to that same district on April 7, 2007.

The office of pre-trial services has been contacted regarding this request and stipulation and through its agent, Jacob Scott, has provided its approval of this Stipulation.

Dated: March 12, 2007                    _____/s/_____
                                          KATHLEEN A. SERVATIUS
                                          Assistant United States Attorney

Dated: March 12, 2007                    _____/s/_____
                                          DALE A. BLICKENSTAFF
                                          Attorney for Defendant

---

**STIPULATION RE DEFENDANT'S DEPARTURE OF FEDERAL EASTERN DISTRICT OF CALIFORNIA, Case No. 1:06 CR 313 LJO**

# ORDER

IT IS HEREBY ORDERED that defendant PHOUNGEUN NICK KEOMANISAI be allowed to attend a wedding in Cambodia, wherein he is to depart the Eastern Federal District of California on March 13, 2007 and return to that same District on April 7, 2007.

IT IS SO ORDERED.

Dated: **March 12, 2007**    /s/ Sandra M. Snyder
icido3    UNITED STATES MAGISTRATE JUDGE

---

**STIPULATION RE DEFENDANT'S DEPARTURE OF FEDERAL EASTERN DISTRICT OF CALIFORNIA,**
**Case No. 1:06 CR 313 LJO**