IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>           v.<br><br>PHOUNGEUN NICK KEOMANISAI,,<br><br>                  Defendant. | Case No. 1:06-CR-00313-DAD-12<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT (Fed.R.Crim.P 48(A))<br><br>(Doc. 462) |

    The United States of America, having moved this Court to dismiss the indictment as to above-named defendant only pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, without prejudice and in the interest of justice and good cause appearing;

    IT IS HEREBY ORDERED that the indictment as to the above named individual shall be dismissed without prejudice in the interest of justice.

    IT IS FURTHER ORDERED that the clerk of the court close this case and recall the WARRANT.

IT IS SO ORDERED.

    Dated: __**September 19, 2017**__            _____
                                                                UNITED STATES DISTRICT JUDGE